UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALBERTO ZATARAIN,<br><br>    Petitioner,<br><br>  v.<br><br>CYNTHIA ENTZEL,<br><br>    Respondent. | Case No. EDCV 17-01657-FMO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition filed by Petitioner, the Return filed by Respondent, the Reply filed by Petitioner, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed no objections to the Report and Recommendation within the time allotted not sought additional time in which to do so. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

///

///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: February 16, 2018

/s/
_____
FERNANDO M. OLGUIN
United States District Judge