JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALBERTO ZATARAIN, | Case No. EDCV 17-01657-FMO (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| CYNTHIA ENTZEL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: February 16, 2018

/s/
_____
FERNANDO M. OLGUIN
United States District Judge